# DC-16-02198 - MCKINNEY SQUARE PROPERTIES NO. 1 LTD. vs. SENECA INSURANCE COMPANY, INC., et al

Case Number: DC-16-02198
File Date: 02/25/2016
Case Status: OPEN

Court: 116th District Court
Case Type: CNTR CNSMR COM DEBT

PLAINTIFF : MCKINNEY SQUARE PROPERTIES NO. 1 LTD.
Address:
 2723 FAIRMOUNT
 DALLAS TX 75201

Active Attorneys
 Lead Attorney:
  **SHAW, EVAN LANE (VAN)**
  Retained
  Work Phone: 214-754-7110
  Fax Phone: 214-754-7115

DEFENDANT : SENECA INSURANCE COMPANY, INC.
Address:
 PO BOX 12079
 AUSTIN TX 78711

Active Attorneys
 Lead Attorney:
  **AVERY, CHRISTOPHER H**
  Retained
  Work Phone: 713-403-8210
  Fax Phone: 713-403-8299

DEFENDANT : LEVELFIRST LLC
Address:
 ROBIN STOUGH
 2302 CLEARSPRING DRIVE
 IRVING TX 75063

DEFENDANT : WALDMAN BROS LLP
Address:
 PO BOX 12079
 AUSTIN TX 78711

DEFENDANT : LEVELFIRST LLC
Address:
 ROBIN STOUGH
 IRVING TX 75063

Active Attorneys
 Lead Attorney:
  **SCHELLHAMMER, RICHARD E**
  Retained
  Work Phone: 817-885-7529
  Fax Phone: 817-439-9921

02/25/2016 NEW CASE FILED (OCA) - CIVIL
02/25/2016 ORIGINAL PETITION
 CORT Ltr2 Ct-Petition.pdf

PLED Petition.pdf
Comment: Petition

## 02/25/2016 CASE FILING COVER SHEET
PLED Civil Case Info Sheet.pdf
Comment: Civil Case Info Sheet

## 02/25/2016 ISSUE CITATION
ISSUE CITATION

## 02/25/2016 ISSUE CITATION COMM OF INS OR SOS
ISSUE CITATION COMM OF INS OR SOS
ISSUE CITATION COMM OF INS OR SOS

## 02/25/2016 JURY DEMAND
JURY DEMAND

## 02/25/2016 REQUEST FOR SERVICE
CORT Ltr2 Ct-Citations Sec State.pdf
Comment: Request

## 02/29/2016 CITATION SOS/COI/COH/HAG
Anticipated Server: ATTORNEY            Anticipated Method:
Actual Server: OUT OF COUNTY            Returned: 03/17/2016
Anticipated Server: ATTORNEY            Anticipated Method:
Actual Server: OUT OF COUNTY            Returned: 03/17/2016
Comment: ATTY/DC

## 02/29/2016 CITATION
Anticipated Server: ATTORNEY            Anticipated Method:
Actual Server: PRIVATE PROCESS SERVER   Returned: 03/04/2016
Comment: ATTY/DC

## 03/04/2016 CORRESPONDENCE - LETTER TO FILE
CORT Ltr2 Ct-Proof LEVELFIRST.pdf
Comment: CORT Ltr2 Ct-Proof LEVELFIRST

## 03/04/2016 RETURN OF SERVICE
LEVELFIRST LLC - CITATION
Comment: AFFI Affidavit of Service - LEVELFIRST

## 03/17/2016 CORRESPONDENCE - LETTER TO FILE
CORT Ltr2 Ct-Proof SENECA WALDMAN.pdf
Comment: CORT Ltr2 Ct - Proof SENECA WALDMAN

## 03/17/2016 RETURN OF SERVICE
SENECA INSURANCE COMPANY, INC. - CITATION SOS/COI/
Comment: AFFI Affidavit of Service - SENECA

## 03/17/2016 RETURN OF SERVICE
WALDMAN BROS LLP - CITATION SOS/COI/COH/HAG
Comment: AFFI Affidavit of Servcie - WALDMAN

## 03/28/2016 ORIGINAL ANSWER - GENERAL DENIAL
Levelfirst LLC's Original Answer

## 04/05/2016 ORIGINAL ANSWER - GENERAL DENIAL
McKinney Square - State Court Answer.pdf



Loading financial information, please wait...

CORT Ltr2 Ct-Petition.pdf
PLED Petition.pdf
PLED Civil Case Info Sheet.pdf
JURY DEMAND
CORT Ltr2 Ct-Citations Sec State.pdf
ISSUE CITATION COMM OF INS OR SOS
ISSUE CITATION COMM OF INS OR SOS
ISSUE CITATION
CORT Ltr2 Ct-Proof LEVELFIRST.pdf
LEVELFIRST LLC - CITATION
CORT Ltr2 Ct-Proof SENECA WALDMAN.pdf

WALDMAN BROS LLP - CITATION SOS/COI/COH/HAG
Levelfirst LLC's Original Answer
McKinney Square - State Court Answer.pdf

FILED
DALLAS COUNTY
2/25/2016 11:05:17 AM
FELICIA PITRI
DISTRICT CLERK

# CIVIL CASE INFORMATION SHEET
## DC-16-02198

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED McKinney Square Properties No. 1, Ltd. v. Seneca Insurance Company, Inc, et al
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: David Welch | Email: david@shawlaw.net | Plaintiff(s)/Petitioner(s): McKinney Square Properties No. 1, Ltd. | [X] Attorney for Plaintiff/Petitioner<br>[ ] Pro Se Plaintiff/Petitioner<br>[ ] Title IV-D Agency<br>[ ] Other: |
| Address: 2723 Fairmount | Telephone: 214-754-7110 | | Additional Parties in Child Support Case: |
| City/State/Zip: Dallas, TX 75201 | Fax: 214-754-7115 | Defendant(s)/Respondent(s): Seneca Insurance Company, Inc. Levelfirst, LLC, and Waldman Bro LLP | Custodial Parent: _____<br>Non-Custodial Parent: _____ |
| Signature: /s/ | State Bar No: 24098593 | [Attach additional page as necessary to list all parties] | Presumed Father: _____ |

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

#### Civil

**Contract**
*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract: _____

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract: _____

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability: _____
- [ ] Motor Vehicle Accident
- [ ] Premises

*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product: _____
- [ ] Other Injury or Damage: _____

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property: _____

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other: _____

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment: _____

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [X] Other: Negligence

#### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other: _____

**Post-Judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child: _____

#### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

#### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other: _____

### 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

### 4. Indicate damages sought (do not select if it is a family law case):
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [X] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

To:
LEVELFIRST LLC
BY SERVING ITS REGISTERED AGENT ROBIN STOUGH
2302 CLEARSPRING DRIVE NORTH
IRVING TX 75063

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **MCKINNEY SQUARE PROPERTIES NO. 1 LTD.**

Filed in said Court **25th day of February, 2016** against

**LEVELFIRST LLC  ET AL**

For Suit, said suit being numbered **DC-16-02198**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 29th day of February, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By: _/s/ Dianne Coffey_, Deputy
DIANNE COFFEY

---

ATTY

03-02-16 ~ 6:05PM

**CITATION**

**DC-16-02198**

MCKINNEY SQUARE
PROPERTIES NO. 1 LTD.
vs.
SENECA INSURANCE
COMPANY, INC.,
ET AL

ISSUED THIS
29th day of February, 2016

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DIANNE COFFEY, Deputy

**Attorney for Plaintiff**
EVAN LANE (VAN) SHAW
2723 FAIRMOUNT ST
DALLAS  TX  75201
214-754-7110

1 CIT ATTY 2 CIT SOS ATTY

FILED
DALLAS COUNTY
2/25/2016 11:05:17 AM
FELICIA PITRE
DISTRICT CLERK

Angie Avina

NO. DC-16-02198
NO. _____

| | | |
|---|---|---|
| MCKINNEY SQUARE PROPERTIES NO. 1 LTD. | § § § | IN THE DISTRICT COURT |
| VS. | § § | DALLAS COUNTY, TEXAS |
| SENECA INSURANCE COMPANY, INC.; LEVELFIRST, LCC; WALDMAN BROS. L.L.P | § § § § | ____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now MCKINNEY SQUARE PROPERTIES NO. 1 LTD. ("Plaintiff") complaining of SENECA INSURANCE COMPANY, INC.; LEVELFIRST, LCC; WALDMAN BROS. L.L.P; referred to herein as Defendants, and for cause of action would respectfully show unto the Court the following:

### I.
### PARTIES

1. Plaintiff is a Texas limited company.

2. Defendant SENECA INSURANCE COMPANY, INC (referred to herein as "SENECA") is a foreign insurance company conducting business in Dallas County, Texas but does not have a registered agent on file with the state of Texas. As such, SENECA should be served through the Texas Secretary of State at P.O. Box 12079 Austin, Texas 78711-2079.

3. Defendant LEVELFIRST, LLC (referred to herein as "LEVELFIRST") is a Texas limited company conducting business in Dallas County, Texas and may be served through its registered agent Robin Stough at 2302 Clearspring Drive North, Irving, Texas 75063.

4. Defendant WALDMAN BROS., LLP (referred to herein as "WALDMAN") is a Texas limited Partnership conducting business in Dallas County, Texas but does not have a

registered agent on file with the state of Texas. As such, WALDMAN should be served through the Texas Secretary of State at P.O. Box 12079 Austin, Texas 78711-2079.

## II.
## DISCOVERY LEVEL

5. Discovery is intended to be conducted under Discovery Control Plan Level 3 as set forth in the Texas Rules of Civil Procedure.

## III.
## JURISDICTION & VENUE

6. This court has jurisdiction over the Defendants because they have either conducted business in Texas, committed a tort in Texas, or have had continuous contracts with Texas, In addition, the damages that Plaintiffs bring suit exceed $250,000 which is above the minimum jurisdictional limits of this court.

7. Venue is proper in Dallas County, Texas pursuant to Section 15.002 of the Civil Practice & Remedies Code.

## IV.
## CAPACITY OF PLAINTIFF

8. The Plaintiff is a direct beneficiary and/or a third-party beneficiary to the insurance policy made the basis of this suit and entitled to all rights and benefits afforded by the law and the insurance policy in issue.

## V.
## STATEMENT OF FACTS

9. Upon information and belief, Plaintiff asserts the following Statement of Facts which, in addition to other facts, supports Plaintiff's causes of actions set out herein.

10. Plaintiff would show that Plaintiff is a named insured under an insurance policy issued by Defendant SENECA. Plaintiff purchased the insurance policy through its insurance agent

Defendants WALDMAN BROS and Insurance Broker LEVELFIRST. The insurance policy was at all times material to this action in full force and effect. Plaintiff made a claim for property damage to Plaintiff's property located at 4501 Westway Avenue Dallas, Texas 75205. Defendant SENECA failed to timely or properly adjust the same and failed to fully honor the claim as required. If Plaintiff is not fully insured for the damage to Plaintiff's property, then Defendants LEVELFIRST and WALDMAN BROS failed to provide the insurance Plaintiff desired. Defendants SENECA, LEVELFIRST, and WALDMAN BRO's actions/inactions alleged herein, proximately caused Plaintiff's damages in an amount in excess of the minimum jurisdictional limits of the Court as set forth herein.

## VI.
## AGENCY

11. Plaintiff incorporates by reference and re-alleges all allegations of this Petition and would further show that at all times herein, Defendants acted by and through their agents, servants and representatives, each acting within the course and scope of his employment.

## VII.
## CAUSES OF ACTION AGAINST DEFENDANTS

### Count A – Negligence

12. Plaintiff incorporates by reference and re-alleges all allegations of this Petition and would further show that the occurrence made the basis of this lawsuit referred to in this Petition and Plaintiff's resulting damages were proximately caused by the negligent acts or failures to act of Defendants.

13. Negligence requires:

   a. Defendants owed a legal duty to the Plaintiff.
   b. Defendants breached the duty.
   c. The breach proximately caused the Plaintiff's injury.

14. Defendants' negligence proximately caused the occurrence made the basis of this action and Plaintiff's damages in excess of the minimum jurisdictional limits of the Court.

## X.
## DISCOVERY RULE

15. Plaintiff incorporates by reference and re-alleges all allegations of this Petition and would further show that Plaintiff did not discover, and should not, in the exercise of reasonable diligence, have discovered, the occurrence of the negligent, false, fraudulent, misleading or deceptive acts, breach of warranty, fraudulent concealment or unconscionable actions and courses of action alleged in this Petition prior to the applicable statutory time frame for bringing suit and such suit was therefore timely filed. Plaintiff's injuries were inherently undiscoverable and are objectively verifiable.

## XI.
## DAMAGES

16. Plaintiff incorporates by reference and re-alleges all preceding sections of this Petition and would further show that Plaintiff seeks any and all damages whatsoever and including, but not limited to actual, punitive, exemplary, and statutory damages, available and recoverable under statute and common law resulting from the actions of Defendants supporting Plaintiff's damages. Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00 at present. However, as discovery progresses, the claim could be over $1,000,000.00.

## XII.
## PREJUDGMENT/POST-JUDGMENT INTEREST

17. Plaintiff incorporates by reference and re-alleges all allegations of this Petition and would show that many of its damages may be determined by known standards of value and accepted rules of interest as damages during the period beginning on the 180th day after the date Defendants received notice of the claim or on the day suit was filed, whichever occurred first, and ending on the day preceding the date judgment is rendered, or as the Court otherwise directs, calculated at the legal rate, or as otherwise set by the Texas Finance Code, any statute, or the common law.

## XIII.
## NOTICE/CONDITIONS PRECEDENT

18. All conditions precedent necessary to maintain this action have been performed or have occurred. Alternatively, Defendants have wholly waived and are estopped to assert all rights to any conditions precedent.

## XIV.
## ALTERNATIVE PLEADING

19. All pleadings herein, if inconsistent, are made pursuant to Rule 48 of the Texas Rules of Civil Procedure.

## XV.
## NOTICE OF INTENT

20. Plaintiff hereby gives notice of intent to utilize items produced in discovery in the trial of this matter and the authenticity of such items is self-proven per the Texas Rules of Civil Procedure 193.7.

## XVI.
## JURY DEMAND

21. Plaintiff demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be duly cited to appear and answer herein, and that upon final trial before a jury hereof, Plaintiff recover judgment against the Defendants, jointly and severally, for the following:

1. Judgment against Defendants for actual damages;
2. Pre-judgment interest;
3. Post-judgment interest;
4. Costs of Court;
5. Litigation expenses, including expert fees, costs for copies of depositions, copy costs, costs of court, etc.
6. Judgment for all the other relief to which Plaintiff deems itself entitled at law or in equity.

Respectfully submitted,

_____
EVAN LANE (VAN) SHAW
Bar Card No. 18140500
JANET R. RANDLE
Texas Bar No. 00792216
COLLEN MEYER
Bar Card No. 24074709
DAVID WELCH
Bar Card No. 24098593
LAW OFFICES OF VAN SHAW
2723 Fairmount
Dallas, Texas 75201
Telephone:   (214) 754-7110
Facsimile:   (214) 754-7115
van@shawlaw.net
janet@shawlaw.net
collen@shawlaw.net
david@shawlaw.net

ATTORNEYS FOR PLAINTIFF

FILED
DALLAS COUNTY
4/5/2016 4:14:19 PM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-16-02198

| | | |
|---|---|---|
| MCKINNEY SQUARE PROPERTIES NO.1, LTD. | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| V. | § § | DALLAS COUNTY, TEXAS |
| SENECA INSURANCE COMPANY, INC.; LEVELFIRST, LLC; WALDMAN BROS. L.L.P., | § § § § § | |
| Defendant. | § | 116TH JUDICIAL DISTRICT |

### SENECA INSURANCE COMPANY, INC.'S
### ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant SENECA INSURANCE COMPANY, INC. ("Seneca" or "Defendant") files this, its Original Answer and would respectfully show as follows:

### I. ORIGINAL ANSWER

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations contained within Plaintiff's Original Petition and demands strict proof thereon by a preponderance of the credible evidence in accordance with the laws of the State of Texas.

### II. SPECIAL EXCEPTIONS
### Failure to State a Claim Against Defendants

Seneca specially excepts to Plaintiff's Original Petition because it fails to state a claim upon which relief can be granted. Specifically, Plaintiff fails to describe how Seneca's alleged failure to properly adjust and honor an insurance claim supports Plaintiff's cause of action against Seneca for negligence. Plaintiff's petition instead merely recites the elements of a negligence cause of action and generically alleges that Defendant is liable for same.

Plaintiff has not identified any facts regarding any duty owed to Plaintiff by Seneca, any breach of that duty by Seneca, or damages cause by Seneca's breach. Absent any specific factual allegations of negligence in Plaintiff's Original Petition, the petition does not support a claim upon which relief can be granted.

Additionally, Plaintiff's Original Petition generically alleges that Seneca failed to timely or properly adjust Plaintiff's claim, but fails to state any facts showing what was untimely or improper about Defendant's investigation and what specifically was improperly done or not done by Seneca.

Accordingly, Plaintiff should be required to file an amended pleading which sets forth facts and evidence in support of Plaintiff's claims for alleged negligence by Seneca.

### III. Prayer

WHEREFORE, Defendant SENECA INSURANCE COMPANY. INC. respectfully prays that Plaintiff takes nothing by this suit herein, that Defendant goes hence with its costs and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Christopher H. Avery
James N. Isbell
Attorney-in-Charge
Bar No. 10431900
jisbell@thompsoncoe.com
Christopher H. Avery
Bar No. 24069321
cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

**COUNSEL FOR DEFENDANT**
**SENECA INSURANCE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, a true and correct copy of the foregoing instrument was served pursuant to the Texas Rules of Civil Procedure on the following counsel and parties of record:

Evan Lane (Van) Shaw
Janet R. Randle
Collen Meyer
David Welch
LAW OFFICES OF VAN SHAW
2723 Fairmont
Dallas, Texas 75201
Telephone: (214) 754-7110
Facsimile: (214) 754-7115
van@shawlaw.net
janet@shawlaw.net
colleen@shawlaw.net
david@shawlaw.net

**COUNSEL FOR PLAINTIFF
MCKINNEY SQUARE PROPERTIES NO. 1 LTD.**

　　　　　　　　　　　　　　　　　　　　/s/ Christopher H. Avery
　　　　　　　　　　　　　　　　　　　　Christopher H. Avery

Case 3:16-cv-00956-M Document 1-2 Filed 04/06/16 Page 15 of 17 PageID 123

FILED
DALLAS COUNTY
3/23/2016 12:27:09 PM
FELICIA PITRE
DISTRICT CLERK

NO. DC-16-02198

| | | |
|---|---|---|
| MCKINNEY SQUARE PROPERTIES NO. 1 LTD. | § § § § § | IN THE DISTRICT COURT |
| Plaintiff, | | |
| vs. | § § § | DALLAS COUNTY, TEXAS |
| SENECA INSURANCE COMPANY, INC., LEVELFIRST, LLC; WALDMAN BROS. L.L.P. | § § § § | |
| Defendants. | § | 116TH JUDICIAL DISTRICT |

## LEVELFIRST, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Levelfirst, LLC ("Levelfirst") and files its Original Answer responding to Plaintiff's Original Petition as follows:

Special Exceptions

I.

Defendant Levelfirst special excepts to the allegation in Paragraph IV of Plaintiff's Original Petition that "If Plaintiff is not fully insured for the damage to Plaintiff's property, then Defendants Levelfirst and Waldman Bros. failed to provide the insurance Plaintiff desired". on the grounds that is vague and ambiguous in that it fails to give fair notice to Levelfirst what insurance Plaintiff wanted that was not allegedly provided by Levelfirst. Therefore, Levelfirst prays that after notice and hearing that portion of Plaintiff's Original Petition be stricken.

II.

Special Denials

Levelfirst specifically denies it owes any duty to Plaintiff whatsoever and further denies it breached a duty, if one is found.

Affirmative Defenses

III.

By way of affirmative defense, Levelfirst would show that Plaintiff's own acts or omissions proximately caused or contributed to Plaintiff's damages; thus, Defendant Levelfirst is entitled to a determination of the percentage of Plaintiffs' responsibility, pursuant to Texas Civil Practice & Remedies Code§ 33.001 through§ 33.003 and to have its liability, if any, reduced or barred in proportion to such percentages of responsibility as may be found by the trier of fact and allocated to Plaintiff.

GENERAL DENIAL

IV.

Defendant Levelfirst exercises the right granted to it by law to file a general denial and to require Plaintiff to prove all material facts alleged in its Original Petition and therefore, Defendant Levelfirst denies all and singularly the allegations in Plaintiffs' Original Petition and of this puts himself on the country.

WHEREFORE, PREMISES CONSIDERED, Defendant Levelfirst prays that Plaintiff take nothing by its suit, that judgment be entered dismissing the claims against Levelfirst and awarding Defendant Levelfirst attorneys' fees and costs of Court and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

/s/ Richard E. Schellhammer

Richard E. Schellhammer
State Bar No. 17736860
Cara D. Kennemer
State Bar No. 24036489
UNDERWOOD LAW
1008 Macon Street, Suite 101
Fort Worth, Texas 76102
(817) 885-7529
(817) 977-5902 (Fax)
Attorneys for Defendant,
LEVELFIRST, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by United States mail, postage prepaid, certified mail, return receipt requested, to Counsel for Plaintiff, and first class mail to all other counsel of record, pursuant to Rule 21a of the Texas Rules of Civil Procedure, on this the 28th day of March, 2016.

/s/ Richard E. Schellhammer

Richard E. Schellhammer