UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCKINNEY SQUARE PROPERTIES NO. 1 LTD., | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 3:16-cv-00956 |
| SENECA INSURANCE COMPANY, INC.; LEVELFIRST, LLC; WALDMAN BROS. L.L.P., | § § § § § | |
| *Defendants*. | § § | |

### DEFENDANT SENECA INSURANCE COMPANY, INC.'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Seneca Insurance Company, Inc. ("Seneca") files this Motion to Dismiss the claims of Plaintiff McKinney Square Properties No.1, Ltd. ("McKinney Square" or "Plaintiff") because Plaintiff fails to state an actionable claim against Seneca pursuant to Federal Rule of Civil Procedure 12(b)(6). Texas law is clear that an insured cannot pursue a claim for negligent claims handling against its insurer. As negligence is the only cause of action Plaintiff asserts against Seneca, Plaintiff has failed to state a claim on which relief can be granted. For the reasons set forth in Seneca's Brief in Support of its Motion to Dismiss, Seneca respectfully asks this Court to dismiss Plaintiff's claim against Seneca and for any and all such further relief to which Seneca may show itself justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James N. Isbell*
    James N. Isbell
    Attorney-in-Charge
    Bar No.  10431900
    jisbell@thompsoncoe.com
    Christopher H. Avery
    Bar No. 24069321
    cavery@thompsoncoe.com
    Vasilia M. Wilkes
    Bar No. 24051452
    vwilkes@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas 77056
    Telephone:  (713) 403-8210
    Facsimile:  (713) 403-8299

Local Counsel:

Lindsey Shine Lawrence
State Bar No. 24053681
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  llawrence@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT SENECA INSURANCE COMPANY, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2016, a true and correct copy of the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on the following counsel and parties of record:

    Evan Lane (Van) Shaw
    Janet R. Randle
    Collen Meyer
    David Welch
    LAW OFFICES OF VAN SHAW
    2723 Fairmont
    Dallas, Texas 75201

 Telephone: (214) 754-7110
 Facsimile: (214) 754-7115
 van@shawlaw.net
 janet@shawlaw.net
 colleen@shawlaw.net
 david@shawlaw.net

**COUNSEL FOR PLAINTIFF MCKINNEY SQUARE PROPERTIES NO. 1 LTD.**

 Richard E. Schellhammer
 Cara D. Kennemer
 UNDERWOOD LAW
 1008 Macon Street, Suite 101
 Fort Worth, Texas 76102
 Telephone: (817) 885-7529
 Fax: (817) 977-5902

**COUNSEL FOR DEFENDANT LEVELFIRST, LLC**

 Waldman Bros., LLP.
 6200 LBJ Freeway, Suite 200
 Dallas, Texas 75240
 Telephone: (972) 458-8700
 Fax: (972) 458-8755

*Via Certified Mail, Return Receipt Requested*

          */s/ James N. Isbell*
          James N. Isbell