Case 3:16-cv-00956-M   Document 7   Filed 04/21/16   Page 1 of 5   PageID 69

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MCKINNEY SQUARE PROPERTIES NO 1 LTD, *Plaintiff,* v. SENECA INSURANCE COMPANY, INC.; LEVELFIRST, LLC; WALDMAN BROS. L.L.P. *Defendants.* | CIVIL ACTION NO. 3:16-cv-00956-M |

## STIPULATION OF DISMISSAL

TO THE HONORABLE COURT: NOW COME Plaintiff MCKINNEY SQUARE PROPERTIES NO 1 LTD and remaining Defendants SENECA INSURANCE COMPANY, INC.; LEVELFIRST, LLC and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court the following:

1. Plaintiff is MCKINNEY SQUARE PROPERTIES NO 1 LTD.

2. The Defendant being dismissed by stipulation is LEVELFIRST, LLC;

NOTICE OF STIPULATION - Page 1
MORP Stipulation of Dismissal of LEVELFIRST FILED

3. On February 25, 2016 Plaintiff filed its lawsuit in State Court. The named defendants included Defendant LEVELFIRST, LLC..

4. The case was removed to this court on April 6, 2016. (Doc 1).

5. On April 15, 2016 Plaintiff filed a Notice of Dismissal which dismissed WALDMAN BROS. L.L.P upon filing. (Doc 5).

6. LEVELFIRST, LLC; was served with process in the state court proceeding and LEVELFIRST, LLC subsequently served an answer in state court to the Plaintiff's petition.

7. All current parties who have appeared, hereby agree to the dismissal Defendant LEVELFIRST, LLC by this stipulation and pursuant to FRCP of  via the signatures of counsel or the provision of authority to sign with permission as noted below.

8. Plaintiff moves to dismiss Plaintiff's suit as to Defendant LEVELFIRST, LLC.

9. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

10. A receiver has not been appointed in this case.

11. This case is not governed by any federal statute that requires a court order for dismissal of the case.

12. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

13. Only Defendant LEVELFIRST, LLC is dismissed from by this stipulation of dismissal.

14. This dismissal is without prejudice.

## PARTIES AGREEMENT TO STIPULATION OF DISMISSAL

The following remaining parties in this lawsuit, SENECA INSURANCE COMPANY, INC. and LEVELFIRST, LLC, through their attorneys of record, by affixing their signatures below, or agreeing to have their signature added via permission, agree to the Stipulation of Dismissal dismissing, without prejudice, Defendant LEVELFIRST, LLC and understand that upon the filing of this stipulation of dismissal, LEVELFIRST, LLC will be dismissed without prejudice without any further action by the U.S. District Court.

**Mr. Richard E. Schellhammer**
ATTORNEY AT LAW
Texas Bar Number: 17736860

*(signature)* DATE: 4/18/2016
RICHARD E. SHELLHAMMER,
*Lead Attorney of Record for*
*Defendant*, LEVELFIRST, LLC

Mr. James N. Isbell
ATTORNEY AT LAW
Texas Bar Number: 10431900

_____     DATE: April 20, 2016
JAMES N. ISBELL
*Lead Attorney of Record for
Defendant*, SENECA INSURANCE
COMPANY, INC.


Mr. Evan Lane (Van) Shaw
ATTORNEY AT LAW
Texas Bar Number: 18140500

_____     DATE: 4/21/16
EVAN LANE (VAN) SHAW
*Lead Attorney of Record for
Plaintiff*, MCKINNEY SQUARE
PROPERTIES NO 1 LTD


Respectfully submitted,

/S/  JANET R. RANDLE

EVAN LANE (VAN) SHAW
Bar Card No. 18140500
JANET R. RANDLE
Bar Card No. 00792216
LAW OFFICES OF VAN SHAW
2723 Fairmount Street
Dallas, Texas 75201
(214) 754-7110 FAX NO. (214) 754-7115
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause via the ECF system in accordance with the Federal Rules of Civil Procedure, on this 21st Day of April, 2016.

**/s/ JANET R. RANDLE**

_____

JANET R. RANDLE