IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCKINNEY SQUARE PROPERTIES NO. 1 LTD., | § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| V. | | CIVIL ACTION NO. 3:16-cv-00956 |
| SENECA INSURANCE COMPANY, INC.. | | |
| *Defendant*. | | |

## ORDER

The Court has considered the Agreed Stipulation of Dismissal submitted by McKinney Square Properties No. 1, Ltd. and orders that it shall be granted. Accordingly, all claims asserted by McKinney Square Properties No. 1, Ltd. against Defendant Seneca Insurance Company, Inc. are hereby dismissed with prejudice.

Signed this 12th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE